JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Davis Gash,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Beach Creek Partners LP, et al,<br><br>　　　Defendants. | SACV 19-00597JVS(MRWx)<br><br>ORDER OF DISMISSAL |

　　The Court having issued an Order to Show Cause on August 7, 2019 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

　　IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: August 23, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge